# CDCR
## Inmate Statement Report

CAED Case No. 2:20-cv-1901 EFB (PC)

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| BF3536 | ADAMS, WILLIAM | MCSP | A  004 1 | 137001 |

**Current Available Balance:** $0.00

**FILED**
Sep 23, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THE OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY *Iulia Trifan* / Trust office

### Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|

**No information was found for the given criteria.**

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| COPY CHARGES | REG. COPY 3/30/20 | $0.20 | $0.00 | $0.20 |

### Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| DIRECT ORDER | 2017037108 | Active | $2,600.00 | $670.69 | $0.00 | $3,262.82 |
| RESTITUTION FINE | 2017037108 | Active | $600.00 | $0.00 | $0.00 | $600.00 |

2