UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ADAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA PRISON INDUSTRY AUTHORITY,<br><br>    Defendant. | Case No. 2:20-cv-01901-JDP (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO REFUND THE FILING FEE |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. The court previously granted his request to proceed *in forma pauperis*, requiring him to pay the filing fee in monthly installments. ECF No. 8. On April 18, 2022, plaintiff notified the court that he was relocating out of state and requested that this this case to be dismissed. ECF No. 36. He also argues that defendant CalPIA should be responsible for paying the filing fee and that all charges on his trust account for this case be removed.

If plaintiff does not want to pursue this action, he can voluntarily dismiss it without prejudice by filing a notice of dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1)(A). However, even if he voluntarily dismisses this action, he must pay the entire filing fee. *See Taylor v. Delatoore*, 281 F.3d 844, 847 (9th Cir. 2002) ("Under the PLRA, all prisoners who file IFP civil actions must pay the full amount of the filing fee."); *see also* 28 U.S.C. §§ 1915(b)(1) & (2).

1

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion to dismiss filing fees, ECF No. 36, is denied.

2. Plaintiff, if he chooses, may voluntarily dismiss this action by filing a notice of dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1)(A).

IT IS SO ORDERED.

Dated:   June 14, 2022                               _____
                                                     JEREMY D. PETERSON
                                                     UNITED STATES MAGISTRATE JUDGE